# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1396

_____

William Jude Hart,                          *
                                            *
              Appellant,                     *
                                            *   Appeal from the United States
      v.                                    *   District Court for the
                                            *   District of North Dakota.
Leann K. Bertsch; Timothy Schuetzle;         *
Kathy Bachmeier, in their individual        *   [UNPUBLISHED]
and official capacities,                    *
                                            *
              Appellees.                      *

_____

Submitted: June 18, 2009
Filed: June 22, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

      Inmate William Jude Hart appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Mason v. Corr. Med. Servs., Inc., 559 F.3d 880, 884-85 (8th Cir. 2009) (standard of review), we find no basis for reversal. We also find no abuse of discretion in the denial of Hart's motion for appointment of counsel. See Phillips v. Jasper County

_____

[1]The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota.

Jail, 437 F.3d 791, 794 (8th Cir. 2006) (standard of review and factors).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____